IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

NATIONAL CASUALTY COMPANY
AND AMERICAN ALTERNATIVE
INSURANCE CORPORATION                                    PLAINTIFFS

VERSUS                          CIVIL ACTION NO. 1:11CV433-HSO-RHW

MISSISSIPPI MARINE SERVICES, LLC                         DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Joint Motion to Dismiss with Prejudice. [Doc. No. 11]. The Court finds that the motion is well taken and should be granted.

Accordingly, it is ORDERED, ADJUDGED AND DECREED that this action be and the same is hereby dismissed with prejudice, each party to bear his or its own costs.

This 2nd day of April, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE